ELY ELTING, Respondent, *v.* MARK SCHWARTZ, Appellant.

*Elting* v. *Schwartz*, 134 App. Div. 926, affirmed.
(Submitted February 23, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for a copartnership accounting.

*Milton A. Fowler* and *Charles Morschauser* for appellant.

*F. B. Lown* and *C. W. H. Arnold* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.